IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROOSEVELT BRADLEY,
KAREN CLAYTON,

          Plaintiffs,

    v.

BOXED WATER IS BETTER, LLC,

          Defendant.

1:23cv0168
ELECTRONICALLY FILED
**LEAD CASE**

---

IAN FOLEY, KAREN CLAYTON,

          Plaintiffs,

    v.

180S, INC.,

          Defendant.

1:23cv0169
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLAYTON,

          Plaintiffs,

    v.

MAGENTA, INC.,

          Defendant.

1:23cv0173
ELECTRONICALLY FILED
MEMBER CASE

---

MELISSA MCCABE, KAREN CLAYTON,

          Plaintiffs,

    v.

SHERPER'S INC.,

          Defendant.

1:23cv0174
ELECTRONICALLY FILED
MEMBER CASE

---

JOCELYN COLON, KAREN CLAYTON,

          Plaintiffs,

    v.

BELLA LASH EXTENSIONS, LLC,

          Defendant.

1:23cv0176
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLAYTON,

          Plaintiffs,

    v.

PICCARD PETS SUPPLIES, CORP.,

          Defendant.

1:23cv0177
ELECTRONICALLY FILED
MEMBER CASE

---

MELISSA MCCABE, KAREN CLAYTON,

          Plaintiffs,

    v.

PERFUMELAND OF ORLANDO, INC.,

          Defendant.

1:23cv0178
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLAYTON,

          Plaintiffs,

    v.

PHE INVESTMENTS LLC *doing business as* PURE HAVEN

          Defendant.

1:23cv0180
ELECTRONICALLY FILED
MEMBER CASE

---

SYLVIA SANTOS, KAREN CLAYTON,

        Plaintiffs,

    v.

AURALINE, INC.,

        Defendant.

1:23cv0181
ELECTRONICALLY FILED
MEMBER CASE

---

HOLGER FIALLO,

        Plaintiffs,

    v.

KAREN CLAYTON,

        Defendant.

1:23cv0189
ELECTRONICALLY FILED
MEMBER CASE

---

MELISSA MCCABE, JARED CHARLAP,

        Plaintiffs,

    v.

AUSTIN'S SHOE, LLC,

        Defendant.

23cv1019
ELECTRONICALLY FILED
MEMBER CASE

---

CHRISTOPHER WALTERS,
JARED CHARLAP,

        Plaintiffs,

    v.

HARVEST DRUG & GIFT, LP,

        Defendant.

23cv1020
ELECTRONICALLY FILED
MEMBER CASE

---

SAM WILSON, JARED CHARLAP,

   Plaintiffs,       23cv1025
             ELECTRONICALLY FILED
  v.          MEMBER CASE

ZERO TECHNOLOGIES, LLC *doing business as* ZERO WATER,

   Defendant.

---

IAN FOLEY, JARED CHARLAP,

   Plaintiffs,       23cv1038
             ELECTRONICALLY FILED
  v.          MEMBER CASE

RAYCON, INC.,

   Defendant.

---

CHRISTOPHER WALTERS,
JARED CHARLAP,
             23cv1039
   Plaintiffs,       ELECTRONICALLY FILED
             MEMBER CASE
  v.

ALPINE TRACKS, INC. *doing business as* ALPINE SHOP VERMONT,

   Defendant.

---

JOCELYN COLON, JARED CHARLAP,

   Plaintiffs,       23cv1040
             ELECTRONICALLY FILED
  v.          MEMBER CASE

CD PEACOCK INC.,

   Defendant.

---

IAN FOLEY, JARED CHARLAP,

        Plaintiffs,                      23cv1063

                                              ELECTRONICALLY FILED

        v.                            MEMBER CASE

WAXMAN SALES, LLC d*oing business as*
BIRDROCK HOME,

        Defendant.

---

IAN FOLEY, JARED CHARLAP,

        Plaintiffs,                      23cv1064

                                              ELECTRONICALLY FILED

        v.                            MEMBER CASE

PEDIGREE SUPPLIES, INC. *doing business as*
CHERRYBROOK,

        Defendant.

---

SAM WILSON, JARED CHARLAP,

        Plaintiffs,                      23cv1144

                                              ELECTRONICALLY FILED

        v.                            MEMBER CASE

PREMIER GOURMET, CORP.,

        Defendant.

---

ARNOLD VARGAS, JARED CHARLAP,

        Plaintiffs,                      23cv1155

                                              ELECTRONICALLY FILED

        v.

LEON HAND-CRAFTED SPEAKERS, INC.,

        Defendant.

## <u>CONSOLIDATION ORDER OF COURT</u>

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.    Civil Action Nos. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155 are hereby consolidated with **Civil Action No. 1:23-cv-00168**, the lead case as captioned above.

2.    All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 1:23-cv-00168**.

3.    The Clerk of Court shall close Civil Action No. 1:23-180, 1:23-181, 1:23- 178, 1:23-177, 1:23-176, 2:23-1064, 2:23-1063, 2:23-1038, 1:23-173, 1:23-169, 1:23-174, 2:23-1025, 2:23-1039, 2:23-1019, 2:23-1040, 2:23-1020, 1:23-189; 2:23-1144; 2:23-1155.

**SO ORDERED** this 30th day of June, 2023.

<u>s/Arthur J. Schwab</u>
Arthur J. Schwab
United States District Judge

cc: All counsel of record